IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LACHARLES CURTIS,<br>Institutional ID No. 120259,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KELLY ROWE, *et al.*,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 5:20-CV-251-BQ<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

Of equal date herewith an Order of Dismissal having been entered, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged therein are dismissed with prejudice.

**SO ORDERED.**

Dated: May 27, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　D. GORDON BRYANT, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE